

August 12, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/12/2025
```

**VIA ECF**

Hon. Analisa Torres, U.S. District Judge
U.S. District Court for the Southern District of New York
U.S. Courthouse
500 Pearl Street, Courtroom: 15D
New York, New York 10007-1312

      Re:    *Enyer Reyes vs. Ryder System, Inc. and "John Doe" (the name being fictitious and intended to designate the driver of the vehicle)*
            **Civil Action No.: 1:25-CV-04466**

Dear Honorable Analisa Torres:

    We represent the defendant in the above reference matter.

    On August 8, 2025, the Court's Order scheduled a case management conference for December 30, 2025.

    I would respectfully request a short adjournment of this conference into early January (with the exception of January 5 when I have a doctor's appointment).

    I am planning on taking vacation time in the final week of December including on December 30, 2025, and would not be able to attend this conference.

    I have communicated with plaintiff's counsel Tiffany Martinez, Esq. who has graciously consented to this application for an adjournment. It is the first time any party has requested an adjournment of a conference.

    Thank you for your time and consideration.

                          Respectfully submitted,

                          */s/ Matthew Levy*
                          Matthew Levy (1522)

GRANTED. The case management conference scheduled for December 30, 2025, is ADJOURNED to **January 12, 2026**, at **11:00 a.m.**

SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge